Theodore V. H. Mayer
Vilia B. Hayes
Robb W. Patryk
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482
(212) 837-6000

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

JENNIFER CATALFAMO on behalf of JIMMY
HOPE, decedent, and CARMELA HOPE,
Individually,

         Plaintiffs,

   -against-

MERCK & CO., INC.,

         Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

**No.:** 07 cv 9279 (UA)

**Rule 7.1 Statement**

   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendant Merck & Co., Inc. certify that it has no parent companies and is not aware of any beneficial owner of more than ten percent of its Common Stock.

Dated: New York, New York
       October 24, 2007

                                      Respectfully submitted,

                                      HUGHES HUBBARD & REED LLP

                                      By: _/s/ Vilia B. Hayes_____
                                         Theodore V. H. Mayer
                                         Vilia B. Hayes
                                         Robb W. Patryk

                                    One Battery Park Plaza
                                    New York, New York 10004-1482
                                    (212) 837-6000

                                    *Attorneys for Defendant Merck & Co., Inc.*